UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 24 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| SANDRA CISKE and DANIEL CISKE, and their marital community,<br><br>    Plaintiffs,<br><br>vs.<br><br>HOUSE OF BLUES CONCERTS, INC.; STARPLEX CORPORATION; CROWD MANAGEMENT SYSTEMS, a wholly owned subsidiary of Starplex, Inc.,<br><br>    Defendants.<br>_____<br>DANIEL CISKE and SANDRA CISKE, and their marital community,<br><br>    Plaintiffs,<br><br>vs.<br><br>KEN MacDONALD; KLICKITAT COUNTY; MARYHILL WINERY; MARYHILL WINERY AMPHITHEATER, LLC; STARPLEX CORPORATION; CROWD MANAGEMENT SYSTEMS; a wholly owned subsidiary of Starplex, Inc.,<br><br>    Defendants. | No.   CV-06-3086-RHW<br>        CV-06-3085-RHW<br><br>**JUDGMENT IN A CIVIL CASE** |

    This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

1  IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff
2  Daniel Ciske, only, against Defendants Ken MacDonald and Klickitat County, only, in the
   amount of $51,000, plus costs to be taxed by the Clerk, and reasonable and proportionate
3  attorney fees and expenses incurred.

DATED: May 24, 2007

JAMES R. LARSEN, CLERK

by _____
Shirley Peters, Deputy Clerk