UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SANDRA CISKE and DANIEL CISKE, and their marital community,<br><br>    Plaintiffs,<br><br>    v.<br><br>HOUSE OF BLUES CONCERTS, INC.; STARPLEX CORPORATION; CROWD MANAGEMENT SYSTEMS, a wholly owned subsidiary of Starplex, Inc.,<br><br>    Defendants.<br>_____<br>DANIEL CISKE and SANDRA CISKE, and their marital community,<br><br>    Plaintiffs,<br><br>    v.<br><br>KEN MacDONALD; KLICKITAT COUNTY; MARYHILL WINERY; MARYHILL WINERY AMPHITHEATER, LLC; STARPLEX CORPORATION; CROWD MANAGEMENT SYSTEMS; a wholly owned subsidiary of Starplex, Inc.,<br><br>    Defendants. | NO. CV-06-3085-RHW<br>(consolidated)<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL** |

    On May 29, 2008, Plaintiffs and Defendants Maryhill Winery/Amphitheatre and House of Blues filed a joint Stipulated Motion for Dismissal (Ct. Rec. 297). Accordingly, **IT IS HEREBY ORDERED** that all claims of Plaintiffs against

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL * 1

1 | Defendants Maryhill Winery/Amphitheatre and House of Blues in the above-
2 | captioned action are **DISMISSED**, with prejudice and with each party bearing its
3 | own costs.
4 |     **IT IS SO ORDERED.**  The District Court Executive is hereby directed to
5 | enter this Order and to furnish copies to counsel and to **close the file**.
6 |     **DATED** this 9th day of June, 2008.
7 |                     *s/ Robert H. Whaley*
8 |                   ROBERT H. WHALEY
                  Chief United States District Judge

Q:\CIVIL\2006\Ciske v. House of Blues\maryhill.hob.stip.dismiss.wpd

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL * 2